AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF Alaska

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| V. | |
| Pedro "Manuel" Ofilada | Case Number: 3:06-mj-00049-JDR |
| 315 Pine Crescent Street | |
| Kodiak, AK 99615 | |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ___See Affidavit___ in _____ County, in
(Date)
the Municipality of Anchorage and elsewhere District of Alaska defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly use, attempt to use, possess, obtain, accept, or receive any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained; and
willfully, knowingly, and with intent to deceive, uses a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him or by any other person.

in violation of Title ___18___ United States Code, Section(s) ___1546(a) and 42 U.S.C. 408(a)(7)(A)___.
I further state that I am a(n) ___Special Agent___ and that this complaint is based on the
Official Title
following facts:

Please See Attached Affidavit

Continued on the attached sheet and made a part of this complaint: ✓ Yes ☐ No

/s/ James Prichett
Signature of Complainant

JAMES PRICHETT, SA, ICE
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 3, 2006                                                                    at    Anchorage, Alaska
Date                                                                                          City and State

JOHN D. ROBERTS, U.S. Magistrate Judge          /s/ JOHN D. ROBERTS (seal affixed)
Name and Title of Judge                                         Signature of Judge