➪AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **ALASKA**

RECEIVED
MAR 07 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Pedro "Manuel" Ofilada | Case  3:06-mj-00049-JDR |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest    Pedro "Manuel" Ofilada
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with  (brief description of offense)

knowingly using, attempting to use, possessing, obtaining, accepting, or receiving a visa and other documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to have been procured by means of any false claim or statement; and
willfully, knowingly, and with intent to deceive, used a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him.

| in violation of Title | 18 & 42 | United States Code, Section(s) | 1546(a) & 408 (a) (7)(A) |
|---|---|---|---|

**BAIL FIXED AT $**  Detention Hearing Requested

JOHN D. ROBERTS                                Redacted Signature.
Name of Issuing Officer

| UNITED STATES MAGISTRATE JUDGE | March 3, 2006 | Anchorage, Alaska |
|---|---|---|
| Title of Issuing Officer | Date and Location | |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

ACC - East

| DATE RECEIVED  3-6-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  3-03-2006 | James Prichett, Special Agent | James Prichett |

AO 442 | (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Pedro "Manuel" OFILADA

ALIAS: "Demetrio Legaspi Madriaga"

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT: Unknown

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: 5' 4"          WEIGHT: 150

SEX: Male              RACE: Asian

HAIR: Black            EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Scar on Left Forearm

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: N/A

INVESTIGATIVE AGENCY AND ADDRESS: Immigration & Customs Enforcement
620 East 10th Avenue
Anchorage, Alaska 99501