MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>PEDRO MANUEL OFILADA</u>    CASE NO. <u>3:06-mj-00049-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>         JOHN D. ROBERTS          </u>

DEPUTY CLERK/RECORDER: <u>         APRIL KARPER          </u>

UNITED STATES ATTORNEY: <u>         THOMAS BRADLEY          </u>

DEFENDANT'S ATTORNEY: <u>         MICHAEL DIENI - APPOINTED          </u>

U.S.P.O.: <u>         CHRIS LIEDIKE          </u>

INTERPRETER: <u>         ERIC CORDETA         (TAGALOG)          </u>
<u>X</u> Telephonic Appearance                              (Language)

PROCEEDINGS: CONTINUED INITIAL APPEARANCE ON COMPLAINT
             HELD MARCH 9, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:53 a.m. court convened.

<u>X</u> Copy of Complaint given to defendant: read by interpreter.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name: <u>Same as above.          </u>

<u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Preliminary Hearing set for **March 15, 2006 at 2:30 p.m.**

<u>X</u> Detention uncontested. Defendant detained.

<u>X</u> Order of Detention Pending Trial **FILED.**

At 11:05 a.m. court adjourned.


DATE: <u>     March 9, 2006          </u>    DEPUTY CLERK'S INITIALS: <u>    ak    </u>