AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ALASKA _____

UNITED STATES OF AMERICA
V.
~~████████████~~
Pedro M. Ofilada

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 3:06-mj-00049-JDR

I, ___Pedro M. Ofilada___, charged in a ☒ complaint ☐ petition pending in this District with _____

in violation of ___18___, U.S.C., ___1546(a) and 42 U.S.C. 408___

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

___3/13/06___
Date

X _Pedro Ofilada_
Defendant

_[signature]_
Counsel for Defendant